**Order entered November 25, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00626-CV**

**NEW 99 ENTERPRISES, INC., Appellant**

**V.**

**MATHESON TRI-GAS, INC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07389**

**ORDER**

Before the Court is appellant's November 23, 2020 unopposed fourth motion for an extension of time to file its brief on the merits. Appellant requests a four-day extension of time. We **GRANT** the motion and extend the time **November 30, 2020**. We caution appellant that failure to file its brief by November 30th may result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/    ERIN A. NOWELL
       JUSTICE